UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAM HEGGEN,<br><br>　　　　Defendant. | Case No.:   13CR723-DMS<br><br><br>ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Case No. 13CR723-DMS against defendant ADAM HEGGEN be, and hereby is, dismissed without prejudice, and this order is made in the interest of justice;

IT IS SO ORDERED.

DATED: 1-23-14

HON. DANA M. SABRAW
United States District Judge